# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| DENNIS SABELLA, | : No. 12 WAL 2015 |
| | : |
| Respondent | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| APPALACHIAN DEVELOPMENT | : |
| CORPORATION, A/K/A APPALACHIAN | : |
| DEVELOPMENT CORP; AND BRIAN C. | : |
| HANER AND LISA M. HANER, D/B/A | : |
| PINE RIDGE ENERGY, | : |
| | : |
| Petitioners | : |

| | |
|---|---|
| DENNIS SABELLA, | : No. 13 WAL 2015 |
| | : |
| Respondent | : |
| | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| APPALACHIAN DEVELOPMENT | : |
| CORPORATION, A/K/A APPALACHIAN | : |
| DEVELOPMENT CORP; AND BRIAN C. | : |
| HANER AND LISA M. HANER, D/B/A | : |
| PINE RIDGE ENERGY, | : |
| | : |
| Petitioners | : |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.